# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHAUNCEY HADLEY,
ADC #132390                                                    PLAINTIFF

v.                          No. 5:15-cv-228-DPM

JEREMY ANDREWS, Deputy Warden,
Varner Unit; M. RICHARDSON,
Lieutenant, Varner Unit; FRANKIE BROOKS,
Sergeant, Varner Unit; and COOPER, Sergeant,
Varner Unit                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the supplemental recommendation,

№ 7, and overrules Hadley's previous objections, №5. FED. R. CIV. P. 72(b)(3).

Hadley's retaliation claims will be dismissed without prejudice for failure to

state a claim.  An *in forma pauperis* appeal from this Order and accompanying

Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 October 2015