IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHAUNCEY HADLEY,
ADC #132390                                                                PLAINTIFF

v.                          No. 5:15-cv-228-DPM

JEREMY ANDREWS, Deputy Warden,
Varner Unit; M. RICHARDSON,
Lieutenant, Varner Unit; FRANKIE BROOKS,
Sergeant, Varner Unit; and COOPER, Sergeant,
Varner Unit                                                                DEFENDANTS

JUDGMENT

Hadley's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 October 2015